# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JAMES GLENN WARNER<br><br>Defendant(s) | )<br>)<br>) Case No. 1:15mj39<br>)<br>)<br>) |

**FILED JAN 23 2015**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2014 to January 2015__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 201(b)(2) | Bribery of Public Officials |

This criminal complaint is based on these facts:
See Affidavit attached.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSA Mark D. Lytle

_____
Complainant's signature
Jeffrey L. Pollack, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/23/2015

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Judge's signature

City and state: Alexandria, Virginia

The Honorable Theresa C. Buchanan, Magistrate Judge
Printed name and title